**Electronically Filed
Supreme Court
SCWC-20-0000760
09-JUL-2021
08:14 AM
Dkt. 15 ODAC**

SCWC-20-0000760

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ADJUSTABLE RATE
MORTGAGE TRUST 2005-2, ADJUSTABLE RATE MORTGAGE-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2005-2,
Respondent/Plaintiff-Appellee,

vs.

KELLY EDWARDS AKA KELLY ANNE EDWARDS, INDIVIDUALLY,
AND AS TRUSTEE OF THE EDWARDS FAMILY TRUST U/D/T
DATED SEPTEMBER 19, 1996, Petitioner/Defendant-Appellant,

and

THE ESTATE OF STUART D. EDWARDS AKA STUART DENZIL EDWARDS,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000760; CIV. NO. 3CC15100031K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari, filed on May 11, 2021, by petitioner/defendant-appellant Kelly Edwards aka Kelly Anne Edwards, individually and as trustee of the Edwards Family Trust u/d/t dated September 19, 1996, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 9, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

